**2007–0375. State v. Gardner.**
Montgomery App. No. 21357, 2007-Ohio-182.
  O'CONNOR, J., would also hold the cause for the decision in 2006–2135, *State v. Wamsley,*

Columbiana App. No. 05 CO 11, 2006-Ohio-5303.

PFEIFER, LANZINGER and CUPP, JJ., dissent.